**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| PHONAK, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PARK AVENUE ACOUSTICS, INC.,<br>    Defendants.<br>_____/ | No. C 13-2922 EJD<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      December 6, 2013<br>Mediator:  Michael G. W. Lee |

   IT IS HEREBY ORDERED that the belated request to excuse defendant Park Avenue Acoustics, Inc.'s representative, Diana King, from appearing in person at the December 6, 2013, mediation session before Michael G. W. Lee is DENIED. This order is without prejudice to the request's being resubmitted, by 5:00 p.m. PDT on December 4, 2013, with a detailed declaration from Ms. King's physician verifying the medical reasons preventing her from traveling by air and the expected duration of this condition.

   IT IS SO ORDERED.

December 3, 2013                     By:  _____
Dated                                     Maria-Elena James
                                          United States Magistrate Judge