UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| PHONAK, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PARK AVENUE ACOUSTICS, INC.,<br>    Defendants.<br>_____/ | No. C 13-2922 EJD<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     December 6, 2013<br>Mediator: Michael G. W. Lee |

IT IS HEREBY ORDERED that the request to excuse defendant Park Avenue Acoustics, Inc.'s representative, Diana King, from appearing in person at the December 6, 2013, mediation session before Michael G. W. Lee is GRANTED. Ms. King shall actively participate in the mediation at all times by telephone in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

December 4, 2013                By:  _____
Dated                                    Maria-Elena James
                                         United States Magistrate Judge