IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHONAK, LLC, | CASE NO. 5:13-cv-02922 EJD |
| Plaintiff(s), | **ORDER STAYING CASE** |
| v. | |
| PARK AVENUE ACOUSTICS, INC., | |
| Defendant(s). | |

Having reviewed the Notice of Bankruptcy filed on January 13, 2014 (see Docket Item No. 33), the court has determined that this action is subject to the mandatory stay provisions contained in 11 U.S.C. § 362.  Accordingly, this action is STAYED in favor of Defendant's bankruptcy proceedings as to all claims asserted against Defendant until further order of the court.  The clerk shall ADMINISTRATIVELY CLOSE this file.

The court schedules this action for a Status Conference on **May 30, 2014, at 10:00 a.m.**  On or before **May 23, 2014**, the parties shall file a Joint Status Conference Statement which provides, *inter alia*, an update as to Defendant's bankruptcy proceeding and any adversarial proceeding between the parties.

**IT IS SO ORDERED.**

Dated:  January 29, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:13-cv-02922 EJD
ORDER STAYING CASE

1