IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHONAK, LLC, | CASE NO. 5:13-CV-02922-EJD |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| PARK AVENUE ACOUSTICS, INC., | |
| Defendant. | |

This case is currently set for a status conference on May 30, 2014. Having reviewed the parties' Joint Status Conference Statement, see Docket Item No. 35, the court finds that a conference is unnecessary at this time. Accordingly, the court hereby CONTINUES the status conference until September 26, 2014. The parties shall file a Joint Status Conference Statement by no later than September 19, 2014.

**IT IS SO ORDERED.**

Dated:  May 27, 2014

EDWARD J. DAVILA
United States District Judge