IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHONAK, LLC, | CASE NO. 5:13-cv-02922 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| PARK AVENUE ACOUSTICS, INC., | |
| Defendant(s). | |

On May 27, 2014, this court issued an order which scheduled the above-entitled action for a Status Conference on September 26, 2014, and required the parties to file a Joint Status Conference Statement on or before September 19, 2014.  See Docket Item No. 5.  As of the date and time this order was filed, the parties have not complied with the order to file a joint statement.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order.  If Plaintiff does not, by **September 29, 2014**, file a Joint Status Conference Statement or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.  In light of this order, the Status Conference scheduled for September 26, 2014, is VACATED and will be reset by the court if necessary.

**IT IS SO ORDERED.**

Dated: September 24, 2014

EDWARD J. DAVILA
United States District Judge