United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHONAK, LLC, | CASE NO. 5:13-cv-02922 EJD |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| PARK AVENUE ACOUSTICS, INC., | |
| Defendant(s). | |

On September 24, 2014, the court issued an Order to Show Cause requiring Plaintiff to file a Joint Status Conference Statement on or before September 29, 2014, after the parties failed to file the statement by the original deadline imposed by the court. See Docket Item No. 38. Plaintiff has since complied as directed. Accordingly, the Order to Show Cause is DISCHARGED.

In place of a continued Status Conference, the parties shall, within 10 days of the completion of Defendant's bankruptcy proceeding, file a stipulation and proposed order notifying the court of such development and requesting the court schedule this case for a Case Management Conference.

**IT IS SO ORDERED.**

Dated: September 26, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-02922 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE